

```
FILED
JUN 27 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEDRO GARCIA-CORTEZ,<br><br>　　　　Defendant. | Criminal Case No.: 14cr1428-MMA<br><br>PROPOSED FINDINGS OF FACT AND RECOMMENDATION RE: COMPETENCY HEARING |

Pursuant to 28 U.S.C. § 636(b) and Local Criminal Rule 57.4.c.9, the above matter was referred to the undersigned to conduct a competency hearing and submit proposed findings of fact and recommendations to the assigned district judge.

**FINDINGS OF FACT AND RECOMMENDATIONS**

On May 15, 2014 a competency hearing was held pursuant to 18 U.S.C. section 4247(d). The Defendant, Mr. Garcia-Cortez, by and through counsel, Joseph McMullen, appointed counsel, and the Government, by and through AUSA Jason Wandel, submitted the issue of competency on the report prepared by Dr. Alicia Gilbert, Ph.D.,. Exhibit A. Based on Dr. Gilbert's report, this Court finds by a preponderance of the evidence that Mr. Garcia-Cortez is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the court proceedings brought against him, or to assist properly in his defense.

## CONCLUSION

For the foregoing reasons, IT IS HEREBY RECOMMENDED that the United States District Court adopt these findings and recommendation that Mr. Ramirez-Gonzalez is competent to proceed in this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b) and Local Criminal Rule 57.4.c.9. Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. 28 U.S.C. § 636(b)(1)(c). Objections should be captioned "Objection to Magistrate Judge's Findings and Recommendations." Any response to the objections must be filed with the court and served on all parties within fourteen (14) days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156–57 (9th Cir.1991).

IT IS SO RECOMMENDED.

Dated: 6/27/14

JAN M. ADLER
United States Magistrate Judge

14cr1428-MMA