# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14CR01428-MMA |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE RE: DEFENDANT'S COMPETENCY** |
| vs. | |
| PEDRO GARCIA-CORTEZ, | |
| Defendant. | [Doc. No. 15] |

Pursuant to 28 U.S.C. § 636(b), Federal Rule of Criminal Procedure 59, and Criminal Local Rule 57.4.c.9, the Court referred this matter to United States Magistrate Judge Jan M. Adler to conduct a hearing and submit proposed findings of fact and recommendations regarding Defendant Pedro Garcia-Cortez's competency to proceed in this case.

No objections having been filed, the Court hereby **ADOPTS** Judge Adler's findings of fact and recommendation and **FINDS** by a preponderance of the evidence that Defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. Defendant is competent to proceed in this case.

**IT IS SO ORDERED**.

DATED: August 1, 2014

Hon. Michael M. Anello
United States District Judge

14CR01428