# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GARCIA-CORTEZ,<br><br>Defendant. | No. 14cr1428-MMA<br><br>**ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE**<br><br>[Doc. No. 24] |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: September 5, 2014

*[signature]*

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE